UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| James Berry<br>    Plaintiff<br>v.<br><br>Denis McDonough, Secretary of Veterans Affairs, United States Department of Veterans Affairs,<br>    Defendant | C.A. No. 4:22-cv-10358-DHH |

## NOTICE OF SETTLEMENT

The parties have agreed to settle the matter and have executed a settlement agreement. Plaintiff will file a stipulation of dismissal by April 15, 2023, or when payment is received, whichever is sooner.

By Plaintiff's Counsel

*/s/ Marc J. Levy*
Marc J. Levy, Esquire (BBO# 644826)
215 Boston Post Road
Sudbury, MA 01776
T:  508-359-8600
F:  508-359-8601
Email:  marclevy@marclevyesq.com

1

## CERTIFICATE OF SERVICE

I, Marc Levy, hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Marc J. Levy*
Marc J. Levy

Dated: February 27, 2023