# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Berry | ) | |
|     Plaintiff(s), | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION** |
| | ) | **NO. 4:22-cv-10358-DHH** |
| McDonough | ) | |
|     Defendant(s). | ) | |
| | ) | |

## ORDER OF DISMISSAL

February 28, 2023

Hennessy, M.J.

    The Court having been advised on   February 27, 2023   that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-six (46) days from the date of this order if settlement is not consummated.

                                                / s / David H. Hennessy  
                                                David H. Hennessy  
                                                United States Magistrate Judge